UNITED STATES of America, Plaintiff-Appellee,

v.

Augustus Charles BOBO, Defendant-Appellant.

Nos. 80–7100, 80–7238
Summary Calendar.

United States Court of Appeals, Fifth Circuit.
Unit B

Aug. 3, 1981.

Augustus Charles Bobo, pro se.

Bill L. Barnett, Asst. U. S. Atty., Birmingham, Ala., for plaintiff-appellee.

Before GODBOLD, Chief Judge, KRAVITCH and HATCHETT, Circuit Judges.

PER CURIAM:

The district court correctly denied appellant's motion to vacate sentence, 28 U.S.C. § 2255. Appellant was tried and convicted under the same indictment involved in *U. S. v. Kennington*, 650 F.2d 544 (1981), and the decision in that case controls this case.

As in *Kennington*, the district court must amend the sentence to delete the special parole term imposed under 21 U.S.C. § 846. *Bifulco v. U. S.*, 447 U.S. 381, 100 S.Ct. 2247, 65 L.Ed.2d 205 (1980). At the same time in the judgment of conviction the court should delete the erroneous reference to 21 U.S.C. § 341 because appellant contends this reference causes difficulty with the parole board.

AFFIRMED with instructions.